**Cornelius Maurice REGAN, Petitioner—Appellant,**

v.

**Tracy JOHNS, LSCI; Harley Lapman, U.S. Bureau of Prisons; Laura P. Tayman, Assistant U.S. Attorney, Eastern District of Virginia, et al., Respondents—Appellees.**

No. 09–8136.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 23, 2010.

Cornelius Maurice Regan, Appellant Pro Se. Michael Bredenberg, Office of the United States Attorney, Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Maurice Regan, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Regan v. Johns,* No. 5:08–hc–02055–D (E.D.N.C. Sept. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*